UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DANTRILLE STARKE,

     PLAINTIFF,

-vs-                                Case No. 1:15-cv-00228-WTH-GRJ

CAROLYN W COLVIN,

     DEFENDANT.

_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and

Recommendation dated November 21, 2016. (ECF No. 22).  The parties have been

furnished a copy of the Report and Recommendation and have been afforded an

opportunity to file objections pursuant to Title 28, United States Code, Section

636(b)(1).  Plaintiff has filed objections at ECF No. 23.  I have made a de novo review

based on those objections.

Having considered the Report and Recommendation, and the timely filed

objections, I have determined that the Report and Recommendation should be

adopted.  First, the Court agrees with the Magistrate Judge that because the

Administrative Law Judge found no disability for the period between June 2008 and

October 2012, no medical expert was required under SSR 83-20 to determine if the

onset date might have been earlier than the first recorded medical exam.  Second, the

Court agrees with the Magistrate Judge that the Administrative Law Judge gave full and

specific reasons for discounting the credibility of the plaintiff regarding the severity of

KBJ's limitations.  Finally, the Court agrees that the Administrative Law Judge properly

considered and explained the impact of the two Batelle Developmental Inventory tests

in his analysis. Accordingly, the Report and Recommendation is adopted and

incorporated herein by reference.  The decision of the Commissioner, denying benefits,

is affirmed.  The Clerk is directed to close the file.

IT IS SO ORDERED.

DONE and ORDERED at Gainesville, Florida this 6th day of March, 2017.

_____

UNITED STATES DISTRICT JUDGE